Adriana Casillas
4996 Park Pl.
South Gate, CA 90280

Self-Represented – In Pro Per

FILED
FEB 18 2026
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

United States Bankruptcy Court

Central District of California – Los Angeles Division

In re:
ADRIANA CASILLAS,

                  Debtor.

Adriana Casillas

                  Plaintiff,

vs.

MARIA TERESA CERDA
ANTHONY SALAZAR
SAMANTHA SALAZAR

Case No.: 2:25-bk-13088-DS
Chapter 7

ADVERSARY COMPLAINT FOR:

1. ENFORCEMENT OF DISCHARGE INJUNCTION (11 U.S.C. §524(a))
2. DECLARATORY RELIEF REGARDING DISCHARGEABILITY
3. CIVIL CONTEMPT AND SANCTIONS

Adversary No.:

## ADVERSARY COMPLAINT

Plaintiffs, Maria Teresa Cerda, Samantha Salazar, and Anthony Salazar, by and through their undersigned counsel, files this Complaint and alleges the following in support of the requested relief:

### I. PARTIES

1.     Plaintiff ADRIANA CASILLAS ("Debtor") is the Chapter 7 debtor in the above-

COMPLAINT ~ 1 ~

captioned bankruptcy case and appears in pro per.

2. Defendants MARIA TERESA CERDA, ANTHONY SALAZAR, and SAMANTHA SALAZAR ("Creditors") are plaintiffs in a pending Los Angeles Superior Court Case No. 24STCV33180, against Debtor arising from alleged pre-petition conduct.

## II. JURISDICTION

3. This adversary proceeding arises under Title 11 of the United States Code, including 11 U.S.C. §§523, 524, and 105(a).

4. This Court has jurisdiction pursuant to 28 U.S.C. §§1334 and 157.

5. This is a core proceeding under 28 U.S.C. §157(b)(2)(I) and (O).

6. Venue is proper in this District.

## III. FACTUAL BACKGROUND

7. Debtor filed a voluntary Chapter 7 bankruptcy petition on April 15, 2025.

8. The bankruptcy case was administered as a no-asset Chapter 7 case.

9. At the time of filing, counsel representing Defendants, Friedman & Chapman LLP, was included on the creditor mailing matrix and received notices generated through the Bankruptcy Court's noticing procedures.

10. The pending state court litigation involving Defendants was disclosed in Debtor's Statement of Financial Affairs filed in the bankruptcy case.

11. On May 8, 2025, Debtor amended Schedule E/F, Part 3 (page 24), to identify additional parties to be notified regarding previously listed debts, including Defendants.

12. Debtor simultaneously amended the creditor mailing matrix to add Defendants individually so they would receive direct notice through the Bankruptcy Court's noticing system.

13. Following these amendments, Bankruptcy Court notices were served upon Defendants

COMPLAINT ~ 2 ~

and their counsel.

14. The bankruptcy case proceeded as a no-asset Chapter 7 case.

15. On August 25, 2025, debtor received a discharge.

16. The discharge operates as a permanent injunction prohibiting acts to collect or recover pre-petition debts as personal liabilities of the Debtor pursuant to 11 U.S.C. §524(a).

17. The claims asserted by Defendants in the state court action arise from alleged pre-petition conduct.

18. After entry of the discharge, Defendants continued prosecuting the state court action.

19. Defendants asserted that their claims were allegedly willful or nondischargeable but did not file a timely adversary proceeding under Federal Rule of Bankruptcy Procedure 4007.

20. The state court indicated that discharge and dischargeability issues must be resolved by this Court.

21. Litigation nevertheless continued, requiring Debtor to seek enforcement of the discharge.

## IV. FIRST CLAIM FOR RELIEF

**(Enforcement of Discharge Injunction - §524)**

22. Plaintiff incorporates paragraphs 1-16.

23. Section 524(a) permanently enjoins collection of discharged debts.

24. Continued prosecution of the state action constitutes an act to collect or enforce a discharged debt.

25. Debtor seeks enforcement of the discharge injunction.

## V. SECOND CLAIM OF RELIEF

**(Declaratory Relief Regarding Dischargeability)**

21. Plaintiff incorporates paragraphs 1-20.

22. An actual controversy exists regarding whether Defendants' claims are discharged.

23. Defendants failed to obtain a timely nondischargeability determination.

24. Debtor seeks declaration that the claims are subject to discharge.

## VI. THIRD CLAIM OF RELIEF

### (Civil Contempt – 11 U.S.C. §105(a))

25. Plaintiff incorporate paragraphs 1-41.

26. Defendants had notice of the bankruptcy and discharge.

27. Continued litigation was objectively unreasonable in light of the discharge.

28. Debtor incurred expenses enforcing her discharge.

28. Compensatory sanctions are appropriate under §105(a).

## VII. NEED FOR VABJRUPTCY COURT DETERMINATION

29. An actual and continuing controversy exists regarding the effect of Debtor's discharge on the state court claims. The state court has indicated these issues fall within this Court's jurisdiction. Debtor seeks clarification and enforcement of the discharge injunction to resolve uncertainty and prevent further proceedings inconsistent with federal bankruptcy law.

## VIII. PRAYER FOR RELIEF

Debtor requests:

1. Declaration that Defendants' claims are subject to discharge;

2. Enforcement of the discharge injunction;

3. Finding of civil contempt;

4. Compensatory sanctions consisting of Debtor's actual out-of-pocket costs and expenses reasonably incurred, including filing fees, service costs, and expenses incurred to obtain necessary legal assistance;

5. Injunction against continued state court prosecution;

COMPLAINT ~ 4 ~

6.  Retention of jurisdiction;

7.  Such further relief as the Court deems just.

### IX. JURY DEMAND

Plaintiff does not request a jury trial.

Dated: February 14, 2026              Respectfully submitted,

_____
Adriana Casillas, Debtor Pro Se

B 1040 (FORM 1040) (12/24)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

RECEIVED FEB 18 2026 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: ___ Deputy Clerk

| **PLAINTIFFS** <br> Adriana Casillas | **DEFENDANTS** <br> Maria Teresa Cerda, Anthony Salazar, Samantha Salazar |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) <br> Adriana Casillas, In Pro Per, 4996 Oark Pl., South Gate, CA 90280 | **ATTORNEYS** (If Known) <br> Armen A. Avakian, Jason B. Friedman <br> Christofer R. Chapman <br> Friedman & Chapman, LLP |
| **PARTY** (Check One Box Only) <br> ☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor  ☐ Other <br> ☐ Trustee | **PARTY** (Check One Box Only) <br> ☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin <br> ☒ Creditor  ☐ Other <br> ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Enforcement of discharge injunction and declaratory relief regarding dischargeability pursuant to 11 U.S.C. §§ 524(a) and 105(a).

### NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
- ☐ 11-Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☐ 13-Recovery of money/property - §548 fraudulent transfer
- ☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
- ☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
- ☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
- ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
- ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
- ☒ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
- ☐ 71-Injunctive relief – imposition of stay
- ☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01-Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case – 15 U.S.C. §§78aaa et. seq.
- ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ Undetermined |

**Other Relief Sought**
Enforcement of discharge injunction, declaratory relief regarding dischargeability, and compensatory sanctions pursuant to 11 U.S.C. §§ 524(a) and 105(a).

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>Adriana Casillas | BANKRUPTCY CASE NO.<br>2:25-bk-13088-DS |||
| DISTRICT IN WHICH CASE IS PENDING<br>Central | DIVISION OFFICE<br>Los Angeles || NAME OF JUDGE<br>Hon. Deborah J. Saltzman |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF<br>NONE | DEFENDANT<br>NONE || ADVERSARY PROCEEDING NO.<br>NONE |
| DISTRICT IN WHICH ADVERSARY IS PENDING<br>NONE | DIVISION OFFICE<br>NONE || NAME OF JUDGE<br>NONE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*/s/ Adriana Casillas* ||||
| DATE<br>2/16/2026 || PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>ADRIANA CASILLAS ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.


| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Adriana Casillas<br>4996 Park Pl.<br>South Gate, CA 90280-** | RECEIVED<br>FEB 18 2026<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |
| *Attorney for Plaintiff* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>Adriana Casillas<br><br><br><br><br>Debtor(s). | CASE NO.: 2:25-bk-13088-DS<br>CHAPTER: 7<br>ADVERSARY NO.: |
|---|---|
| Adriana Casillas<br><br><br><br>                        Plaintiff(s)<br>                Versus<br><br>Maria Teresa Cerda<br>AnthonySalazar<br>SamanthaSalaazar<br><br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is _____. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| **Hearing Date:** _____ | **Address:** |
|---|---|
| **Time:** _____ | ☒ 255 East Temple Street, Los Angeles, CA 90012 |
| **Courtroom:** 1639 | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |
| | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                    Page 1                              F 7004-1.SUMMONS.ADV.PROC

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                                                  **KATHLEEN J. CAMPBELL
                                                  CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____

                                                  By: _____
                                                          Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                         Page 2                          **F 7004-1.SUMMONS.ADV.PROC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy (1) of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

_____

_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____    _____
*Date*                *Printed Name*              *Signature*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 3    F 7004-1.SUMMONS.ADV.PROC