**FILED & ENTERED**

FEB 19 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bakchell DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>ADRIANA CASILLAS,<br><br>Debtor. | Case No. 2:25-bk-13088-DS<br><br>Chapter 7<br><br>Adv. No. 2:26-ap-01035-DS |
| ADRIANA CASILLAS,<br><br>Plaintiff,<br><br>v.<br><br>MARIA TERESA CERDA, ANTHONY SALAZAR, and SAMANTHA SALAZAR,<br><br>Defendants. | **ORDER DENYING MOTION FOR ENFORCEMENT OF DISCHARGE INJUNCTION AND FOR CIVIL CONTEMPT** |

On February 18, 2026, debtor Adriana Casillas (the "Debtor") filed the "Adversary Complaint for: (1) Enforcement of Discharge Injunction (11 U.S.C. § 524(a)); (2) Declaratory Relief Regarding Dischargeability; (3) Civil Contempt and Sanctions" (the "Complaint," Docket No. 1). On the same date, the Debtor also filed the "Notice of Motion and Motion for Enforcement of Discharge Injunction and for Civil Contempt" (the "Motion," Docket No. 2).

The Motion has a blank for the hearing date and has not otherwise been noticed as required by Rule 9013-1 of the Local Bankruptcy Rules.

-1-

      The Motion seeks the same relief requested by the Complaint. Rule 7012 of the Federal Rules of Bankruptcy Procedure provides that a defendant must answer a complaint within 30 days after the summons was issued. The summons in this proceeding was issued on February 18, 2026. The Motion does not state any basis for granting the relief requested by the Complaint before the defendants have had an opportunity to answer or otherwise respond to the Complaint.

      Based on the foregoing,

      IT IS HEREBY ORDERED that the Motion is denied.

###

Date: February 19, 2026

Deborah J. Saltzman
United States Bankruptcy Judge